UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 19.
> JPH, 10/4/2022
> Distribution via ECF.

| | |
|---|---|
| **KELLY CARR** | ) |
| | ) |
| **Plaintiff/Counterclaim Defendant,** | ) |
| | ) |
| v. | ) CASE NO. 1:22-CV-00961-JPH-MG |
| | ) |
| **J E H, INC.** | ) |
| **and JAGJIT SINGH MANGAT** | ) |
| | ) |
| **Defendants/Counterclaim Plaintiffs** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and file this joint stipulation of dismissal of the above captioned matter, with prejudice, each party bearing its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/Robert J. Hunt | /s/Patrick M. Rooney |
| Robert J. Hunt (30686-49) | Patrick M. Rooney (#28383-49) |
| The Law Office of Robert J. Hunt, LLC | Attorney at Law |
| 1905 South New Market Street, Ste 168 | 1638 Shelby Street, Suite 101 |
| Carmel, IN  46032 | (317) 445-9956 |
| rob@indianawagelaw.com | Pmrooney1@gmail.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |